IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

RONALD BRUCE ELLIS,

        Petitioner,

   v.

MAX WILLIAMS,

        Respondent.

Case No. 6:11-cv-01389-AC

ORDER

ACOSTA, Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus [16] is GRANTED.

    IT IS SO ORDERED.

    DATED this 14th day of February, 2012.

                                    John V. Acosta
                                    United States Magistrate Judge

1 - ORDER -